**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CALTEX HOLDINGS, L.P.,** | § | **CASE NO. 09-31875-H2-7** |
| | § | (Chapter 7) |
| Debtor. | § | |

**FIRST AND FINAL APPLICATION OF**
**CHAPTER 11 TRUSTEE'S COUNSEL FOR ALLOWANCE**
<u>**OF COMPENSATION FROM JULY 9, 2009 THROUGH NOVEMBER 18, 2009**</u>

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

<u>**Application Summary**</u>

| | | |
|---|---|---|
| **Name of Applicant:** | Porter & Hedges, L.L.P. | |
| **Applicant's Role in Case:** | Chapter 11 Trustee's Counsel | |
| **Date Order of Appointment Signed:** | 09/21/09 (Docket No. 365) | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/09/09 | 11/18/09 |
| **Time period(s) covered by prior Applications:** | n/a | n/a |
| **Total amounts awarded in all prior Applications:** | | n/a |
| **Total fees requested in this Application:** | | $73,995.00 |
| **Total professional fees requested in this Application:** | | $69,240.50 |
| **Total actual professional hours covered by this Application:** | | 201.10 |

| | |
|---|---|
| **Average hourly rate for professionals:** | $344.31 |
| **Total paraprofessional fees requested in this Application:** | $4,754.50 |
| **Total actual paraprofessional hours covered by this Application:** | 25.70 |
| **Average hourly rate for paraprofessionals:** | $185.00 |
| **Reimbursable expenses sought in this application:** | $2,289.67 |
| **Application Cost:** | $1,000.00 |

**To the Honorable Wesley W. Steen,**
**United States Bankruptcy Judge:**

Porter & Hedges, L.L.P. ("PH"), counsel for H. Malcolm Lovett, Jr., chapter 11 trustee for CalTex Holdings, L.P. (the "Trustee"), files this first and final application for allowance of compensation (the "Application") for the period from July 9, 2009 through November 18, 2009 (the "Application Period").

**Overview**

1.      The Debtor filed a voluntary chapter 11 petition on March 20, 2009. The Trustee was appointed as the chapter 11 trustee in the case on July 7, 2009.  At the Trustee's request, the case was converted to a chapter 7 case on November 17, 2009.  In the interim period, the Trustee was required to address a series of litigation, operational, environmental and financial issues. Cooperation from the Debtor was non-existent. During the Application Period, the Trustee (i) investigated and resolved litigation matters; (ii) began an investigation of the environmental issues associated with the estate's real property; (iii) liquidated substantial personal property; and (iv) stabilized the debtor's minimal operations. PH has been instrumental in assisting the Trustee in his efforts. By any reasonable measure, PH's services in this case have provided a substantial benefit to the estate and its creditors. Any allowed fees and expenses will be paid from cash collateral in accordance with the Court's prior orders and with the consent of the Debtor's secured lender.

**Brief Background**

2.       The Debtor filed a voluntary chapter 11 case on March 20, 2009 [Docket No. 1].

3.       By Order entered July 7, 2209, the Court ordered the appointment of a chapter 11 trustee [Docket No. 288]. On July 10, 2009, Mr. Lovett was appointed as the chapter 11 trustee in the case [Docket No. 298].

4.       After performing an initial investigation, Mr. Lovett filed a motion to convert the case to a chapter 7 case on October 21, 2009 [Docket No. 386]. The motion was granted and the case converted to chapter by Order entered November 17, 2009 [Docket No. 403]. Mr. Lovett was appointed as the chapter 7 trustee on November 19, 2009 [Docket No. 404].

5.       The Trustee filed his application to employ PH as counsel on August 11, 2009 [Docket No. 326]. The application was granted by Order entered September 22, 2009 [Docket No. 365]. A copy of the order is attached as **Exhibit 1**.

6.       Since his appointment, the Trustee has dealt with numerous issues including (i) developing budgets and obtaining the consensual use of cash collateral; (ii) liquidating the estate's scrap metal and developing a process for the liquidation of the estate's equipment and other personal property; (iii) stabilizing the Debtor's limited operations and initiating discussions with regulatory authorities; (iv) evaluating litigation claims and implementing a resolution process; (v) investigating the environmental issues associated with the estate's real property; and (vi) evaluating reorganization alternatives.

**Retainer and Prior Requests for Allowance of Compensation**

7.       PH did not receive a retainer in this case.  This is PH's first and final application for compensation in its capacity as counsel for the chapter 11 trustee.

**Staffing Policy**

8.    Through its policy regarding professional staffing in bankruptcy cases, PH strives to provide the most effective and cost-efficient representation possible. In representing trustees, PH typically assigns one attorney who possesses the requisite experience and ability to be primarily responsible for all major tasks in the case. The primarily responsible attorney will involve other professionals when additional support is necessary. Where possible, PH will direct tasks to professionals with lower billing rates. While David R. Jones is the primary responsible attorney for the case, Joshua W. Wolfshohl quickly assumed responsibility for the case.  Messrs. Jones and Wolshohl have provided the majority of the legal services rendered by PH to the Trustee during the Application Period.

**Amount of Fees and Expenses Requested**

9.    This Application seeks compensation for PH's professional services rendered and out-of-pocket expenses incurred from July 9, 2009 through November 18, 2009. During such period, PH rendered a total of 201.10 hours of professional services and 25.70 hours of paraprofessional services on behalf of the Trustee. PH's detailed monthly statements are attached as **Exhibit 2**.  PH requests compensation of $73,995.00 for professional and paraprofessional services rendered to the Trustee during the Application Period. That amount works out to an average hourly rate of approximately $344 for professional services and $185 for paraprofessional services. The rates charged by PH are the customary rates charged to other clients of PH during the Application Period.  In addition, PH seeks the award of $1,000 for drafting, filing and service of this Application.

10.     All awarded compensation will be paid from cash collateral in accordance with this Court's prior cash collateral orders and with the consent of Newstar Financial.  The amounts requested herein are less than the amounts that were budgeted and approved.

11.     During the Application Period, PH incurred the following non-reimbursed expenses in connection with its representation of the Trustee:

| Expense | Amount |
|---|---|
| Copies | $846.24 |
| Postage | $163.52 |
| Legal Research | $932.00 |
| Messenger Service | $10.21 |
| Facsimile | $1.80 |
| Long Distance | $.90 |
| Filing Fees | $250.00 |
| Parking | $85.00 |
| **TOTAL** | **$2,289.67** |

12.     All of PH's expenditures were necessary and reasonable costs incident to the performance of professional services for the Trustee. All of PH's professional services were rendered for and on behalf of the Trustee.

13.     No agreement or understanding exists between PH and any other person with respect to sharing the compensation to be received by PH in connection with the legal services rendered to the Trustee.

<u>**Accomplishments**</u>

14.     PH's principal accomplishments during the Application Period include the following:

a.     <u>**Cash Collateral/Budget Issues**</u>. The Trustee developed realistic budgets and worked with the Debtor's secured lender and other parties asserting liens to use cash collateral to fund the ongoing expenses of the case.

b.   **Asset Sales**. The Trustee implemented a strategy to liquidate the estate's scrap metal inventory.  The Trustee also began to investigate alternatives and formulate a strategy for liquidating the estate's equipment and other personal property. During the application period, approximately $2 million was realized.

c.   **Litigation Matters**. The Trustee was required to quickly investigate and address multiple litigation matters. The Debtor's litigation strategies were not always well-founded and for proper purposes. A number of matters were promptly resolved during the Application Period.

d.   **Operational/Environment Issues**. The Trustee moved quickly to stabilize the Debtor's limited operations.  The Trustee also initiated an investigation to gain an independent understanding of the environmental issues associated with the estate's real property and ensuring that environmental event does not occur.

e.   **Administrative Matters and General Legal Advice**. PH has provided the Trustee with general legal advice in regard to all facets of this case. Included in this category are administrative matters such as responding to miscellaneous matters, attending hearings, investigating the Debtor's compliance with regulatory authorities, implementing the Trustee's and the Court's instructions, conferences with various parties in the case and filing miscellaneous pleadings.

## Allocation of Professional Services

15.   In the course of providing its services to the Trustee, PH allocates its professional services to the major undertakings involved in the case. In this case, PH's professionals individually enter daily time entries into PH's computerized time and billing system, and those entries are directly allocated to the particular matter on which the professional is working. In so doing, PH facilitates analysis of the services required to address each major problem that confronts the Trustee. The following describes the major tasks on which PH provided services to the Trustee, and the substantive amount of time expended by each professional in regard to each such task during the Application Period:

***Cash Collateral/Budget Issues.*** The amount of each professional's time expended in this category and the fees attributable to such time is as follows:

|   |   |   |   |
|---|---|---|---|
| • | David R. Jones | 8.00 | $ 3,960.00 |
| • | Joshua W. Wolfshohl | 19.60 | $ 6,076.00 |
|   | **Total** | **27.60** | **$10,036.00** |

***Asset Sales.*** The amount of each professional's time expended in this category and the fees attributable to such time is as follows:

|   |   |   |   |
|---|---|---|---|
| • | David R. Jones | 6.90 | $ 3,415.50 |
| • | Joshua W. Wolfshohl | 24.20 | $ 7,502.00 |
| • | George Craft | 0.80 | $    400.00 |
|   | **Total** | **31.90** | **$11,317.50** |

***Litigation Matters.*** The amount of each professional's time expended in this category and the fees attributable to such time is as follows:

|   |   |   |   |
|---|---|---|---|
| • | David R. Jones | 13.20 | $ 6,534.00 |
| • | Joshua W. Wolfshohl | 74.10 | $22,971.00 |
| • | Joshua Eppich | 30.50 | $ 8,845.00 |
| • | Kim Steverson | 14.80 | $ 2,738.00 |
|   | **Total** | **132.60** | **$41,088.00** |

***Operational/Environment Issues.*** The amount of each professional's time expended in this category and the fees attributable to such time is as follows:

|   |   |   |   |
|---|---|---|---|
| • | David R. Jones | 6.60 | $ 3,267.00 |
| • | Joshua W. Wolfshohl | 5.40 | $ 1,674.00 |
|   | **Total** | **12.00** | **$ 4,941.00** |

***Administrative Matters and General Legal Advice.*** The amount of each professional's time expended in this category and the fees attributable to such time is as follows:

|   |   |   |   |
|---|---|---|---|
| • | David R. Jones | 4.30 | $ 2,128.50 |
| • | Joshua W. Wolfshohl | 4.50 | $ 1,395.00 |
| • | Geoffrey Schultz | 2.70 | $    945.00 |
| • | Ephraim del Pozo | 0.30 | $    127.50 |
| • | Kim Steverson | 10.90 | $ 2,016.50 |
|   | **Total** | **132.60** | **$ 6,612.50** |

## Factors Supporting Allowance of Compensation

16.     Section 330(a)(3)(A) of the Bankruptcy Code sets forth the criteria for the evaluation of professional fees. Prior to the enactment of § 330(a)(3)(A), *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977) was the controlling authority that Courts within the Fifth Circuit relied upon in evaluating requests for payment of professional fees. The § 330(a)(3)(A) factors are subsumed within the more extensive *First Colonial* factors. The following analysis of the *First Colonial* factors support the reasonableness of the requested fees and expenses:

a.      **Time and labor required**. **Exhibit 2** to this Application contains copies of PH's monthly invoices. All time records are recorded in the firm's computerized billing system contemporaneously with the rendition of the services, and those daily records are reviewed at least monthly. **Exhibit 2** sets forth in detail all the time for which compensation is sought, as well as the specific services performed by each of the professionals in connection with the services.

b.      **The size of the fee is commensurate with the novelty and difficulty of the questions presented in the case.** This case is complex with multiple legal and operational issues that require significant legal resources. PH believes that the amount of the fees is reasonable in light of the complexity of the legal issues and problems present in this case.

c.      **The skill requisite to perform the legal services properly**. PH is an experienced law firm in the area of bankruptcy law. Moreover, the firm has considerable expertise in representing trustees.

d.      **Preclusion of other employment due to the acceptance of this case.** PH was not required to decline representation in other matters due to this case.

e.      **The customary fee.** The rates charged by PH in this case are the customary rates charged for services of a similar nature for the firm's other clients at the time the services were provided.

f.      **Whether the fee is fixed or contingent.** This case was not based on a fixed or contingent fee.   However, the estate had no unencumbered assets with which to pay administrative expenses.  PH's willingness to undertake the representation of the Trustee under these circumstances is another factor that supports the requested award.

g.      **The amount of time involved and the results obtained.** PH's actions in this case have assisted the Trustee in efficiently administering the estate. This case has been handled

in a professional and cost-effective manner. The requested compensation is reasonable in view of the time expended, the parties involved, and the results obtained in the case to date.

      h.    **The experience, reputation and ability of the professionals who performed virtually all of the services in the case**. The following summarizes the background of the attorneys who performed the majority of the legal services during the Application Period:

      **David R. Jones.** Mr. Jones received a Bachelor of Science degree in Electrical Engineering with honors from Duke University in 1983, and a Masters of Business Administration from Southern Methodist University in 1986. After his graduation, Mr. Jones was employed in the corporate finance department of a large Fortune 100 company, and ultimately became self-employed in a number of businesses, including a computer consultation business. In 1990, Mr. Jones enrolled in the University of Houston Law Center. He received his Juris Doctorate from the University of Houston with honors in 1992. While in law school, Mr. Jones was the editor-in-chief of the *Houston Law Review* and served as Chief Baron of the Order of the Barons. Since becoming an attorney, Mr. Jones has specialized in business and governmental reorganization matters, complex business litigation, Debtor representation and general bankruptcy law. Mr. Jones is a member of the State Bar of Texas, and is admitted to practice before the United States District Court for the Southern and Eastern Districts of Texas and the District of Colorado, the Fifth Circuit Court of Appeals and the United States Supreme Court. He is a member of the American, Houston, and Fifth Circuit Bar Associations. Mr. Jones has not applied for certification as a specialist by the State Bar of Texas.

      **Joshua W. Wolfshohl.** Mr. Wolfshohl received a Bachelor of Arts degree from the University of Texas in 1997. Mr. Wolfshohl received his Juris Doctorate from the University of Houston in 2002. After graduation, Mr. Wolfshohl clerked for the Hon. Wesley Steen. Since joining PH as an associate attorney, Mr. Wolfshohl has specialized in business reorganization matters, bankruptcy-related litigation and general bankruptcy law. Mr. Wolfshohl is member of the State Bar of Texas, and is admitted to practice before the United States District Court for the Southern District of Texas and the Fifth Circuit Court of Appeals. He is a member of the Houston and Fifth Circuit Bar Associations. Mr. Wolfshohl has not applied for certification as a specialist by the State Bar of Texas.

      i.    **The undesirability of the case**. This case was not undesirable.  PH appreciates (i) the opportunity to represent Mr. Lovett; and (ii) the Court's and its staff's responsiveness to all matters that have arisen in this case.

      j.    **Awards in similar cases.** The compensation requested in this case is comparable to, if not less than, the compensation allowed in other cases of the size and complexity of this case.

      k.    **Disbursements**. PH disbursed the sums set forth above for actual and necessary expenses incurred in the rendition of professional services during this case. The following describes PH's policy regarding charging of expenses:

- Billing rates do not include components for copying and other extraordinary charges that may be incurred by particular clients;

- Photocopies made on premises were charged at twenty cents per page in accordance with guidelines promulgated in the Southern District of Texas. Larger copying and mailing jobs are performed by an outside copying service at cheaper rates;

- All travel and accommodation expenses are charged at the least expensive cost to the estate available under the circumstances of the particular trip.

PH believes that the expenses incurred in connection with its representation of the Trustee in this case were necessary, reasonable and justified under the circumstances.

## Conclusion

17.     With PH's assistance, the Trustee has made significant progress in administering a problematic case. PH's assistance enabled the Trustee to successfully address a myriad of issues.  The legal fees and expenses incurred during the Application Period were appropriate for the tasks completed and the results obtained. By any reasonable measure, the services provided in this case by PH have benefited the estate and all creditors and interest holders. Accordingly, PH requests the Court approve final compensation and reimbursement of expenses as set forth above; and grant such other just relief.

**Dated: August 9, 2010.**

Respectfully submitted,

David R. Jones
State Bar No. 00786001/S.D.Tex. No.16082
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6653
(713) 226-6253 (fax)
**Counsel for the Trustee**

## Certificate of Service

I hereby certify that a copy of the foregoing First and Final Application of Trustee's Counsel for Allowance of Compensation from July 9, 2007 through November 18, 2010 was served upon the debtor, the Trustee and the United States Trustee by first class mail on August 9, 2010. The Notice of Filing of the First and Final Application was served upon all persons entitled to notice pursuant to FED. R. BANKR. P. 2002 by first class mail on August 9, 2010.  A certification of service reflecting the names and addresses of these parties-in-interest is attached to the Notice.  In addition, all registered ECF users received service of the foregoing by electronic transmission on August 9, 2010.

David R. Jones



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
09/22/2009

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CALTEX HOLDINGS, L.P., | § | CASE NO. 09-31875-H2-11 |
| | § | (Chapter 11) |
| Debtor. | § | |

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

The Court, having considered the Application to Employ Porter & Hedges, L.L.P. by H. Malcolm Lovett, Jr., chapter 11 trustee for the estate of CalTex Holdings, L.P., is of the opinion that the requested relief is in the best interest of the estate; that Porter & Hedges, L.L.P. represents no interest adverse to the estate and is a disinterested person within the definition of 11 U.S.C. § 101(14); that Porter & Hedges, L.L.P. has no conflict and that the Trustee's application should be approved. Accordingly, it is therefore

**ORDERED THAT:**

1.     Porter & Hedges, L.L.P is employed to provide all necessary legal services to the Trustee in this case as set forth in the Application;

2.     David R. Jones is designated as attorney-in-charge for the representation by Porter & Hedges, L.L.P of the Trustee in this case; and

3.     All applications for compensation shall be filed with the Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

SIGNED this ___21___ day of ___September___, 2009.

Marvin Isgur
THE UNITED STATES BANKRUPTCY JUDGE,
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT**
1

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

|  |  |
|---|---|
| Page | 1 |
| Inv# | 355400 |
| Date | 08/17/09 |
|  | 008656-0013 |

DAVID R. JONES

MALCOLM LOVETT
520 POST OAK BLVD., SUITE 320
HOUSTON, TX 77027

TAX ID# 74-2174193

**Caltex Holdings, LP**

For professional services rendered and related expenses incurred in the above-referenced matter through July, 2009, as follows:

| | | | | |
|---|---|---|---|---|
| 07/09/09 | DRJ | Conferences regarding chapter 11 trustee appointment and list of action items. | 0.80 | 396.00 |
| 07/11/09 | JWW | Review docket and office conference with D. Jones regarding Monday hearings. | 0.50 | 155.00 |
| 07/13/09 | DRJ | Prepare for and attend hearings; conferences with parties; preparation of proposed order. | 2.00 | 990.00 |
| 07/13/09 | JWW | Attend hearings regarding cash collateral and sale motion; draft order regarding sale motion; emails to J. Sparacino, R. Stroube and O. Sonic regarding same and finalize and submit order; phone conference with M. Lovett regarding case status. | 1.90 | 589.00 |
| 07/14/09 | JWW | Phone conference with M. Venus regarding outstanding case issues; emails with M. Lovett; office conference with J. Sparacino regarding 9019 motion status. | 0.70 | 217.00 |
| 07/15/09 | DRJ | Meeting with Trustee; meeting with secured lender. | 2.00 | 990.00 |
| 07/15/09 | JWW | Meeting with D. Jones and M. Lovett regarding Caltex case; meeting with New Start regarding case status and strategy; phone conference with D. Thompson regarding sale to O.D. Vann; review contract and order; office conference with M. Lovett regarding same; office conference with D. Jones regarding same; conference call with O.D. Vann and D. Thompson regarding consummation of sale; phone conference with M. Lovett regarding same; phone conference with B. Axelrad regarding M&M settlement; office conference with D. Jones regarding continuance of 9019; phone conference with HCAD regarding continuance of HCAD hearing; emails | 3.50 | 1,085.00 |

**EXHIBIT**

2

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | | |
|---|---|---|---|---|
| Page | | | | 2 |
| Inv# | | | | 355400 |
| Date | | | | 08/17/09 |
| | | | | 008656-0013 |

| | | | | |
|---|---|---|---|---|
| | | regarding same. | | |
| 07/16/09 | DRJ | Conferences regarding pending issues. | 0.70 | 346.50 |
| 07/16/09 | DRJ | Conference with litigation counsel; review of depositions. | 1.30 | 643.50 |
| 07/16/09 | JWW | Phone conference with M. Lovett regarding status of generator sale; office conference with D. Jones regarding open matters. | 0.30 | 93.00 |
| 07/17/09 | JWW | Office conference with D. Jones regarding pending adversary; review docket regarding same; phone conference with R. Sofi regarding disclosures deadline; emails with opposing counsel regarding extension; several phone conferences with M. Lovett regarding open matters. | 1.10 | 341.00 |
| 07/18/09 | JWW | Review outstanding issues regarding litigation, pending motions and operations; meet with D. Jones regarding same; emails with K. Steverson regarding employment application. | 0.50 | 155.00 |
| 07/19/09 | DRJ | Trip to site; conferences regarding pending matters. | 2.80 | 1,386.00 |
| 07/19/09 | JWW | Travel to Caltex facility. | 2.40 | 744.00 |
| 07/20/09 | DRJ | Conferences with Trustee regarding pending matters, interviewing auctioneers, brokers and status of scrap discussions. | 1.40 | 693.00 |
| 07/20/09 | JWW | Hearing on 9019 motion; meet with J. Renshaw regarding adversary; phone conference with P. Safi regarding same. | 1.20 | 372.00 |
| 07/20/09 | KDS | Review file and draft employment application. | 2.00 | 370.00 |
| 07/21/09 | KDS | Review and revise Motion to Employ. | 0.50 | 92.50 |
| 07/22/09 | DRJ | Conferences regarding electric shutoff. | 0.80 | 396.00 |
| 07/22/09 | JWW | Emails with R. Portman regarding HCAD hearing; phone conference with HCAD regarding scheduling hearings. | 0.50 | 155.00 |
| 07/23/09 | JWW | Emails regarding litigation issues; phone conference with M. Lovett regarding same. | 0.30 | 93.00 |
| 07/24/09 | DRJ | Conference regarding real property. | 0.30 | 148.50 |
| 07/24/09 | JWW | Phone conference with M. Lovett regarding Sussman matters; emails with R. Safi regarding same. | 0.30 | 93.00 |

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | | |
|---|---|---|---|---|
| | | | Page | 3 |
| | | | Inv# | 355400 |
| | | | Date | 08/17/09 |
| | | | | 008656-0013 |

| | | | | |
|---|---|---|---|---|
| 07/28/09 | DRJ | Conferences regarding pending matters. | 0.70 | 346.50 |
| 07/28/09 | DRJ | Meeting with PMI. | 1.00 | 495.00 |
| 07/28/09 | JWW | Meeting with PMI at SCC; emails and phone conference with R. Safi regarding litigation matters; emails regarding same; phone conference with D. Clark regarding CMC issues; phone conference with W. Rose regarding same. | 3.10 | 961.00 |
| 07/28/09 | KDS | Draft Application to Employ Strategic Capital | 2.00 | 370.00 |
| 07/28/09 | KDS | Draft Schedule of Disputed Claims. | 1.10 | 203.50 |
| 07/29/09 | JWW | Phone conference with M. Lovett regarding Exterran 9019 status and budget issues; revise application to employ Porter & Hedges. | 0.90 | 279.00 |
| 07/29/09 | KDS | Revise SCC employment application. | 0.60 | 111.00 |
| 07/30/09 | JWW | Office conference with M. Lovett regarding litigation matters and review various documents regarding same in preparation for meeting with S. Raymond; meeting with S. Raymond and M. Lovett regarding litigation and case status; office conference with M. Lovett regarding same; draft and revise Porter & Hedges employment application; phone conference with W. Rose regarding sale of transformers; review documents and pleadings regarding same and follow-up emails regarding same. | 3.20 | 992.00 |
| 07/31/09 | JWW | Phone conference with M. Lovett regarding sale of generators and related Exterran settlement; phone conference with S. Tolleson regarding same; review docket and Exterran settlement documents; review and finalize SCC employment application; phone conference with W. Rose regarding issues with property; phone conference with D. Clark regarding HCAD hearing; review disclosures in MEC litigation and emails with R. Safi regarding same; emails regarding sale of goods and insurance issues; review pleadings. | 1.90 | 589.00 |
| Total  Services | | | 42.30 | $14,891.00 |

**Timekeeper Summary**

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 4 |
| Inv# | 355400 |
| Date | 08/17/09 |
| | 008656-0013 |

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| David R. Jones | Partner | 13.80 | 495.00 | 6,831.00 |
| Joshua W. Wolfshohl | Associate | 22.30 | 310.00 | 6,913.00 |
| Kim D. Steverson | Paralegal | 6.20 | 185.00 | 1,147.00 |

## Disbursements Summary

| Description | Value |
|---|---|
| Reproduction | 13.00 |
| Parking | 36.00 |
| Total Expenses | 49.00 |

**Total This Invoice**                                    **$14,940.00**

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 1 |
| Inv# | 356558 |
| Date | 09/17/09 |
| | 008656-0013 |

DAVID R. JONES

MALCOLM LOVETT
520 POST OAK BLVD., SUITE 320
HOUSTON, TX 77027

TAX ID# 74-2174193

**Caltex Holdings, LP**

---

For professional services rendered and related expenses incurred in the above-referenced matter through August, 2009, as follows:

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 08/03/09 | DRJ | Review of budget; conference regarding same. | 0.40 | 198.00 |
| 08/07/09 | JWW | Office conference with D. Jones regarding cash collateral order; draft cash collateral order; phone conference with M. Lovett and emails regarding same; review docket; review M&M settlement; review HCAD evidence and emails with D. Clark regarding same. | 1.80 | 558.00 |
| 08/07/09 | KDS | PACER research to obtain information regarding hearings scheduled for August 10th; draft hearing Agenda. | 0.50 | 92.50 |
| 08/08/09 | JWW | Review docket and prior motion to sell scrap metal; draft second motion to sell scrap metal; emails with D. Jones regarding same. | 1.50 | 465.00 |
| 08/09/09 | DRJ | Review and edit SCC employment app. | 0.40 | 198.00 |
| 08/09/09 | DRJ | Review and edit scrap motion. | 0.60 | 297.00 |
| 08/09/09 | JWW | Review and revise motion to sell scrap meal and email to M. Lovett regarding same; emails with J. Sparacino regarding cash collateral order and M&M settlement; office conference with D. Jones regarding hearings; review and finalize employment application; emails with J. Higgins and R. Woolley regarding disclosures. | 1.00 | 310.00 |
| 08/10/09 | JWW | Meet with M. Lovett regarding cash collateral hearing; meet with other interested parties regarding same; phone conference with B. Axelrad regarding hearing on 9019 motion; hearings on cash collateral and 9019 motion; meet at SCC regarding HCAD protest and other open matters; phone conference | 4.70 | 1,457.00 |

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 356558 |
| Date | | 09/17/09 |
| | | 008656-0013 |

| | | | | |
|---|---|---|---|---|
| | | with M. Lovett regarding motion to continue scrap metal sales. | | |
| 08/11/09 | JWW | Finalize employment application and scrap metal sales motion for filing. | 0.40 | 124.00 |
| 08/11/09 | KDS | Revise, finalize and electronically file Application to Employ Porter & Hedges; finalize and electronically file Motion to Continue sales. | 0.70 | 129.50 |
| 08/12/09 | JWW | Conference call with D. Clark, W. Rose and R. Putman regarding Caltex protest hearing; emails with M. Venus regarding case management issues. | 0.70 | 217.00 |
| 08/13/09 | DRJ | Conferences regarding equipment sales and other matters. | 0.70 | 346.50 |
| 08/13/09 | JWW | Emails with J. Cohen regarding scrap metal motion and adequate protection issue; meet with D. Jones regarding same; emails with D. Jones and M. Lovett regarding abatement of Grant Mackey and New Star litigation. | 0.40 | 124.00 |
| 08/14/09 | DRJ | Conferences regarding pending issues. | 0.80 | 396.00 |
| 08/14/09 | JWW | Phone conference with M. Lovett regarding Caltex open matters; emails regarding abatement of NewStar and Grant Mackey litigation; phone conference with M. Lovett regarding insurance letter regarding Ike damages; phone conference with S. Tollson regarding meeting with Exterran; phone conference with W. Rose and further phone conference with S. Tollson regarding same; prepare and submit hearing agenda; office conference with L. Winter regarding maintenance of service list and notice of same; emails with J. Sparacino regarding motion to sell scrap; email to J. Cohen regarding same; review objection; research regarding same; office conference with D. Jones and M. Lovett regarding same; emails with R. Safi and office conference with D. Jones regarding Sussman fee application issues. | 3.40 | 1,054.00 |
| 08/15/09 | JWW | Review cash collateral budget; prepare for hearing; phone conference with M. Lovett regarding motion and objection; office conference with D. Jones regarding same; several emails with J. Cohen; revise | 2.20 | 682.00 |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 356558 |
| Date | | 09/17/09 |
| | | 008656-0013 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | order on sale; emails with O. Sonik regarding same; finalize and file motion to employ SCC; meet with D. Jones regarding HCAD proceeding. | | |
| 08/17/09 | JWW | Prepare for and attend hearing on motion to sell; emails regarding same. | 1.00 | 310.00 |
| 08/17/09 | JWW | Prepare for HCAD hearing and attend same; phone conference with D. Clark regarding same. | 2.80 | 868.00 |
| 08/18/09 | JWW | Several emails regarding HCAD site visit; emails regarding budget issues; emails with J. Cohen regarding cash collateral hearing; emails with D. Jones regarding same. | 0.70 | 217.00 |
| 08/19/09 | JWW | Phone conference with D. Clark regarding worker's comp. cancellation; review budget variance and email to J. Sparacino, J. Cohen and others regarding same; meet with B. Axelrad regarding M&M dispute; several emails with J. Cohen and T. Wood regarding cash collateral issues; review order regarding same; phone conference with D. Jones regarding same. | 0.90 | 279.00 |
| 08/20/09 | JWW | Phone conference with B. Axelrad regarding M&M settlement; review pleadings regarding same; emails with J. Cohen regarding adequate protection issues; meet with T. Wood regarding same; emails with W. Rose regarding HCAD meeting; emails regarding budget variance. | 1.30 | 403.00 |
| 08/21/09 | JWW | Emails and phone conference regarding adequate protection issues. | 0.50 | 155.00 |
| 08/21/09 | KDS | Review file and draft hearing Agenda. | 0.30 | 55.50 |
| 08/24/09 | DRJ | Conferences regarding pending matters; attend hearing. | 2.00 | 990.00 |
| 08/24/09 | JWW | Phone conference with AIG regarding continuation of worker's comp. insurance; emails with J. Sparacino regarding proposed language for cash collateral order; meet with D. Jones regarding 9019 motion; review order; office conference with J. Sparacino regarding compromise; attend hearing regarding same; phone conference with W. Rose and S. Tolleson regarding meeting at Caltex to inspect generator. | 2.10 | 651.00 |

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 4 |
| Inv# | 356558 |
| Date | 09/17/09 |
| | 008656-0013 |

| | | | | |
|---|---|---|---|---|
| 08/24/09 | KDS | Revise and finalize submission of service list and electronically file same with the Bankruptcy Court. | 0.50 | 92.50 |
| 08/25/09 | JWW | Emails and phone conference with S. Tollson regarding meeting at Caltex regarding generator inspections; phone conference with W. Rose regarding same. | 0.60 | 186.00 |
| 08/26/09 | JWW | Meet at Caltex with S. Tollson and Exterran to inspect generators; emails regarding same. | 3.20 | 992.00 |
| 08/28/09 | DRJ | Meeting with Trustee. | 1.00 | 495.00 |
| 08/30/09 | JWW | Review docket and draft motion to abate Newstar adversary; emails with D. Jones and M. Lovett regarding same. | 0.80 | 248.00 |
| 08/31/09 | JWW | Emails regarding motion to abate New Star matter; phone conference with D. Jones and H. Morris regarding environmental issues. | 0.50 | 155.00 |
| Total  Services | | | 38.40 | $12,745.50 |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| David R. Jones | Partner | 5.90 | 495.00 | 2,920.50 |
| Joshua W. Wolfshohl | Associate | 30.50 | 310.00 | 9,455.00 |
| Kim D. Steverson | Paralegal | 2.00 | 185.00 | 370.00 |

## Disbursements Summary

| Description | Value |
|---|---|
| Reproduction Service | 212.13 |
| Postage | 1.22 |
| Printing | 2.80 |
| Reproduction | 8.20 |
| Long Distance | 0.10 |
| Computer Assisted Legal Research | 22.96 |

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 5 |
| Inv# | 356558 |
| Date | 09/17/09 |
| | 008656-0013 |

| Description | Value |
|---|---|
| Total Expenses | 247.41 |

| | |
|---|---|
| **Total This Invoice** | **$12,992.91** |
| **Balance Forward** | **14,940.00** |
| **Amount Due for this Matter** | **$27,932.91** |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 1 |
| Inv# | 357466 |
| Date | 10/13/09 |
| | 008656-0013 |

DAVID R. JONES

MALCOLM LOVETT
520 POST OAK BLVD., SUITE 320
HOUSTON, TX 77027

TAX ID# 74-2174193

**Caltex Holdings, LP**

---

For professional services rendered and related expenses incurred in the above-referenced matter through September, 2009, as follows:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/09 | JWW | Emails regarding motion to abate and filing same. | 0.30 | 93.00 |
| 09/01/09 | KDS | Review, revise, finalize and electronically file Motion to Abate. | 0.40 | 74.00 |
| 09/02/09 | JWW | Meeting at Caltex with HCAD. | 1.80 | 558.00 |
| 09/03/09 | JWW | Phone conference with W. Rose regarding potential purchaser of generators; phone conference with W. Rose and D. Clark regarding budget issues. | 0.80 | 248.00 |
| 09/04/09 | DRJ | Conference regarding environmental issues and budget. | 0.40 | 198.00 |
| 09/04/09 | DRJ | Draft of cash collateral order. | 0.60 | 297.00 |
| 09/04/09 | JWW | Phone conference with M. Lovett regarding open matters. | 0.20 | 62.00 |
| 09/09/09 | DRJ | Conferences regarding budget. | 0.70 | 346.50 |
| 09/09/09 | JWW | Phone conference with S. Raymond regarding status of adversaries and fee application issues; review and revise Compton & Wendler engagement letter; emails with D. Clark regarding same. | 0.90 | 279.00 |
| 09/10/09 | DRJ | Conferences regarding budget. | 0.60 | 297.00 |
| 09/10/09 | DRJ | Conference with committee counsel regarding mediation. | 0.40 | 198.00 |
| 09/10/09 | JWW | Meet with D. Jones and M. Lovett regarding status of sales process and plans for future activity; meet with Newstar and counsel; phone conference with S. Tollson regarding inspection of generators and status of settlement. | 2.50 | 775.00 |
| 09/11/09 | JWW | Meet with M. Lovett regarding cash collateral budget; phone conference with J. Sparacino regarding | 0.90 | 279.00 |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 2 |
| Inv# | 357466 |
| Date | 10/13/09 |
| | 008656-0013 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | finalizing order; review language regarding same; office conference with D. Jones regarding hearing on cash collateral and review hearing agenda; emails with S. Tollson regarding Exterran inspection. | | |
| 09/11/09 | KDS | PACER research in connection with preparation of hearing agenda; draft hearing agenda. | 0.50 | 92.50 |
| 09/13/09 | JWW | Review statute and outline Sec. 505 complaint. | 0.40 | 124.00 |
| 09/14/09 | DRJ | Prepare for and attend hearing. | 1.20 | 594.00 |
| 09/14/09 | JWW | Attend hearings on cash collateral, motion to abate and fee application; review law regarding tax complaint and research location of defendants for filing suit; begin drafting suit; office conference with D. Jones regarding same. | 1.50 | 465.00 |
| 09/15/09 | DRJ | Conference regarding environ. issues. | 0.60 | 297.00 |
| 09/15/09 | JWW | Draft suit against HCAD and taxing authorities; office conference with D. Jones regarding same; phone conference with M. Lovett regarding same; finalize suit for filing. | 3.20 | 992.00 |
| 09/16/09 | JWW | Attend HCAD hearing. | 2.20 | 682.00 |
| 09/16/09 | JWW | Phone conference with H. Duran regarding Porter & Hedges employment application and prior representation of Gasrock. | 0.10 | 31.00 |
| 09/16/09 | KDS | Draft and revise summons for 505 Complaint. | 1.00 | 185.00 |
| 09/17/09 | EDP | Confer with G. Schultz regarding HNNG transactions and history thereof. | 0.30 | 127.50 |
| 09/17/09 | GLS | Multiple emails to and from and discussions with Ephraim del Pozo regarding diligence items for David Jones; review court order regarding transactions with Jeffrey Pendergraft; multiple discussions with Vernita Runfeldt regarding obtaining certain documentation; review documentation relating to prior transactions; draft summary regarding past transactions involving Gasrock and Jeffrey Pendergraft and forward to David Jones. | 2.70 | 945.00 |
| 09/17/09 | JWW | Phone conference with J. Renshaw regarding MEC claim and possible resolution; office conference with | 1.10 | 341.00 |

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

|  |  |
|---|---|
| Page | 3 |
| Inv# | 357466 |
| Date | 10/13/09 |
|  | 008656-0013 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | D. Jones and M. Lovett regarding pending litigation and case strategy; phone conference with K. Thompson and W. Rose regarding issues with equipment; office conference with D. Jones regarding same. |  |  |
| 09/17/09 | KDS | Electronically file requests for issuance of summons. | 1.00 | 185.00 |
| 09/18/09 | JWW | Emails and phone conference with R. Ducoff regarding exchange of equipment; phone conference and emails with C. Thompson regarding same; phone conference with W. Rose regarding same. | 0.90 | 279.00 |
| 09/18/09 | KDS | Electronically file returns of Summons; review file and draft proposed hearing agenda. | 1.60 | 296.00 |
| 09/21/09 | DRJ | Prepare for and attend hearing. | 1.40 | 693.00 |
| 09/21/09 | JWW | Meet with D. Jones regarding MEC matter; draft order withdrawing motion; attend hearing regarding same; meet with R. Stroube regarding status of case; draft responses to MEC discovery requests. | 2.40 | 744.00 |
| 09/22/09 | JWW | Phone conference with J. Sparacino regarding agreed extension of deadline for State of Texas to file claim; draft responses to MEC discovery requests. | 0.70 | 217.00 |
| 09/23/09 | GSC | Preparation of form of entry license agreement. | 0.80 | 400.00 |
| 09/23/09 | JWW | Review and revise waiver for property inspection; emails with R. Safi and phone conference with M. Lovett regarding turnover of Sussman file. | 0.50 | 155.00 |
| 09/25/09 | DRJ | Review and edit entry license. | 0.30 | 148.50 |
| 09/25/09 | JWW | Emails with K. Steverson regarding motion to abate. | 0.10 | 31.00 |
| 09/25/09 | KDS | Review file and draft hearing agenda. | 0.60 | 111.00 |
| 09/28/09 | DRJ | Meeting regarding pending environmental issues. | 0.80 | 396.00 |
| 09/28/09 | JWW | Review J. Compton fee order; attend hearing regarding same. | 1.20 | 372.00 |
| 09/28/09 | KDS | Draft Motion to Abate Mackay adversary. | 0.80 | 148.00 |
| 09/29/09 | JWW | Revise motion to abate Grant Mackey litigation and emails regarding same. | 0.30 | 93.00 |
| 09/30/09 | JWW | Phone conference with D. Wilson regarding objection to fee statements. | 0.20 | 62.00 |
| Total Services |  |  | 38.90 | $12,911.00 |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 4 |
| Inv# | 357466 |
| Date | 10/13/09 |
| | 008656-0013 |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| David R. Jones | Partner | 7.00 | 495.00 | 3,465.00 |
| Ephraim del Pozo | Partner | 0.30 | 425.00 | 127.50 |
| Geoffrey L. Schultz | Associate | 2.70 | 350.00 | 945.00 |
| George S. Craft | Partner | 0.80 | 500.00 | 400.00 |
| Joshua W. Wolfshohl | Associate | 22.20 | 310.00 | 6,882.00 |
| Kim D. Steverson | Paralegal | 5.90 | 185.00 | 1,091.50 |

## Disbursements Summary

| Description | Value |
|---|---|
| Delivery Service | 10.21 |
| Filing Fee | 250.00 |
| Postage | 139.33 |
| Reproduction | 99.00 |
| Long Distance | 0.80 |
| Computer Assisted Legal Research | 68.87 |
| Total Expenses | 568.21 |

| | |
|---|---|
| **Total This Invoice** | **$13,479.21** |
| **Balance Forward** | **27,932.91** |
| **Amount Due for this Matter** | **$41,412.12** |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---:|
| Page | 1 |
| Inv# | 358263 |
| Date | 11/09/09 |
| | 008656-0013 |

DAVID R. JONES

MALCOLM LOVETT
520 POST OAK BLVD., SUITE 320
HOUSTON, TX 77027

TAX ID# 74-2174193

**Caltex Holdings, LP**

For professional services rendered and related expenses incurred in the above-referenced matter through October, 2009, as follows:

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/01/09 | DRJ | Meeting regarding pending issues with real property. | 2.00 | 990.00 |
| 10/01/09 | JWW | Meeting at SCC to discuss environmental, liquidation and sale strategy. | 1.90 | 589.00 |
| 10/01/09 | JWW | Correspondence with Wells Fargo regarding freeze on petty-cash account. | 0.30 | 93.00 |
| 10/05/09 | DRJ | Prepare for and attend hearing. | 1.10 | 544.50 |
| 10/05/09 | JWW | Prepare for and attend hearing on fee statement objection. | 1.80 | 558.00 |
| 10/05/09 | JWW | Phone conference with J. Renshaw regarding MEC litigation. | 0.30 | 93.00 |
| 10/08/09 | JWW | Phone conference with W. Rose regarding various open matters and draft letter to Pate Engineers. | 0.50 | 155.00 |
| 10/08/09 | JWW | Phone conference with D. Clark and R. Putnam regarding tax issues. | 0.10 | 31.00 |
| 10/08/09 | KDS | Draft application to employ Compton & Wendler. | 1.60 | 296.00 |
| 10/09/09 | JNE | Conference with J. Wolfshohl regarding Exterran (.2); review docket and pull pleadings and begin reviewing (.4). | 0.60 | 174.00 |
| 10/09/09 | JWW | Draft letter to Pate Engineers and emails regarding same. | 0.40 | 124.00 |
| 10/09/09 | JWW | Revise and finalize Compton and Wendler application and emails regarding same. | 1.00 | 310.00 |
| 10/12/09 | JNE | Review pleadings and documents (2); research regarding title to Generators (5.9). | 7.90 | 2,291.00 |
| 10/12/09 | JWW | Meeting with D. Jones and M. Lovett regarding PMI and Grubb & Ellis employment and conversion issues. | 2.00 | 620.00 |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

Page          2
Inv#     358263
Date     11/09/09
008656-0013

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/12/09 | JWW | Finalize and send letter to Pate Engineers. | 0.30 | 93.00 |
| 10/13/09 | JNE | Research regarding work product doctrine. | 2.70 | 783.00 |
| 10/13/09 | JWW | Finalize Compton and Wendler application. | 0.50 | 155.00 |
| 10/13/09 | JWW | Draft motion to convert. | 0.80 | 248.00 |
| 10/13/09 | JWW | Emails regarding finalizing motion to abate. | 0.30 | 93.00 |
| 10/13/09 | KDS | Revise, finalize and electronically file Motion to Abate Mackay adversary; telephone conversations with T. Vanek to coordinate file turnover. | 0.80 | 148.00 |
| 10/14/09 | JWW | Phone conference with R. Safi regarding privilege issue. | 0.20 | 62.00 |
| 10/14/09 | KDS | Telephone conversations with T. Vanek regarding case file turn over; review case files. | 1.10 | 203.50 |
| 10/15/09 | JNE | Research regarding Attorney Client Privilege and Work Product; Draft and edit Memorandum regarding title to Generators. | 4.20 | 1,218.00 |
| 10/16/09 | JWW | Office conference with J. Eppich regarding research on whether generators/cabinets were property of the estate. | 0.70 | 217.00 |
| 10/20/09 | JNE | Review File, docket, research, and documents regarding the MEC adversary proceeding; perform research; analyze argument. | 3.70 | 1,073.00 |
| 10/20/09 | JWW | Review revisions to motion to convert and emails same to US Trustee, J. Sparacino and M. Lovett. | 0.30 | 93.00 |
| 10/21/09 | DRJ | Meeting regarding MOR. | 0.30 | 148.50 |
| 10/21/09 | JNE | Research and draft memorandum to J. Wolfshohl regarding title and transfer of property to MEC. | 5.80 | 1,682.00 |
| 10/21/09 | JWW | Finalize motion to convert for filing and emails regarding same. | 0.40 | 124.00 |
| 10/21/09 | JWW | Meet with D. Jones, M. Lovett and D. Clark regarding open issues, budget and conversion. | 0.60 | 186.00 |
| 10/21/09 | KDS | Revise, finalize and electronically file Motion to Convert Case to Chapter 7. | 0.60 | 111.00 |
| 10/22/09 | JWW | Phone conference with S. Tollson regarding Exterran deal and relevant law and review memo regarding same. | 0.60 | 186.00 |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 358263 |
| Date | | 11/09/09 |
| | | 008656-0013 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/09 | JWW | Emails regarding cash collateral budget and office conference with D. Jones regarding same. | 0.30 | 93.00 |
| 10/23/09 | KDS | Review file and draft hearing agenda. | 0.50 | 92.50 |
| 10/24/09 | JWW | Draft and circulate cash collateral order. | 0.30 | 93.00 |
| 10/26/09 | DRJ | Prepare for and attend hearing. | 1.20 | 594.00 |
| 10/26/09 | DRJ | Conference with PMI. | 0.30 | 148.50 |
| 10/26/09 | JWW | Prepare for and attend hearings on cash collateral and motion to extend deadline to file proof of claim. | 1.00 | 310.00 |
| 10/27/09 | JWW | Phone conference with S. Tollson regarding Exterran matter. | 0.20 | 62.00 |
| 10/30/09 | JNE | Conference with J. Wolfshohl. | 0.20 | 58.00 |
| 10/30/09 | JWW | Phone conference with J. Renshaw and draft status report regarding MEC dispute; review memo and research regarding same. | 1.70 | 527.00 |
| 10/30/09 | JWW | Research and draft letter to Sussman regarding privileged information. | 1.20 | 372.00 |
| 10/30/09 | JWW | Emails regarding objection to fees. | 0.20 | 62.00 |
| 10/30/09 | JWW | Phone conference with HCAD regarding hearing. | 0.20 | 62.00 |
| 10/31/09 | JWW | Further research regarding privilege issue as to Susman; review M. Venus fee application. | 0.50 | 155.00 |
| Total Services | | | 53.20 | $16,321.50 |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| David R. Jones | Partner | 4.90 | 495.00 | 2,425.50 |
| Joshua N. Eppich | Associate | 25.10 | 290.00 | 7,279.00 |
| Joshua W. Wolfshohl | Associate | 18.60 | 310.00 | 5,766.00 |
| Kim D. Steverson | Paralegal | 4.60 | 185.00 | 851.00 |

## Disbursements Summary

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 4 |
| Inv# | 358263 |
| Date | 11/09/09 |
| | 008656-0013 |

| Description | Value |
|---|---|
| Reproduction Service | 424.71 |
| Postage | 0.88 |
| Reproduction | 4.40 |
| Telecopier | 1.80 |
| Parking | 7.50 |
| Computer Assisted Legal Research | 350.05 |
| Total Expenses | 789.34 |

**Total This Invoice**                                    $17,110.84

**Balance Forward**                                    41,412.12

**Amount Due for this Matter**                          $58,522.96

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 1 |
| Inv# | 359510 |
| Date | 12/10/09 |
| | 008656-0013 |

DAVID R. JONES

MALCOLM LOVETT
520 POST OAK BLVD., SUITE 320
HOUSTON, TX 77027

TAX ID# 74-2174193

**Caltex Holdings, LP**

For professional services rendered and related expenses incurred in the above-referenced matter through November, 2009, as follows:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/09 | KDS | Review HCAD Hearing Notices (1.0); draft chart of parcels up for appeal hearing (1.0); telephone conversations with HCAD representatives regarding continuing hearings on appeals (.6); draft letter to HCAD requesting continued hearing on appeals (8). | 3.40 | 629.00 |
| 11/01/09 | JWW | Review Stong Pipkin fee application. | 0.50 | 155.00 |
| 11/01/09 | JWW | Draft letter to Susman regarding privilege issue and emails with D. Jones regarding same. | 0.50 | 155.00 |
| 11/02/09 | JNE | Review documents and emails regarding the MEC case and draft Requests for Production; Interrogatories, and Requests for Admission. | 3.10 | 899.00 |
| 11/02/09 | JWW | Prepare for and attend hearing on motion to abate Grant Mackay litigation. | 0.80 | 248.00 |
| 11/02/09 | JWW | Draft objection to Strong Pipkin fee application. | 1.70 | 527.00 |
| 11/03/09 | JNE | Edit discovery drafted regarding MEC; add to it; review documents associated therewith. | 1.50 | 435.00 |
| 11/03/09 | JWW | Draft and revise objection to Strong Pipkin fee application and phone conference with D. Wilson regarding same. | 2.60 | 806.00 |
| 11/04/09 | JWW | Phone conference with M. Lovett regarding preparation for deposition. | 0.40 | 124.00 |
| 11/04/09 | JWW | Office conference with M. Lovett and D. Jones regarding finalizing and filing objection to fee application of Strong Pipkin. | 0.30 | 93.00 |
| 11/04/09 | JWW | Phone conference with R. Safi regarding withdrawal of Sussman. | 0.10 | 31.00 |
| 11/04/09 | JWW | Revise MEC discovery requests. | 0.50 | 155.00 |

**PORTER & HEDGES, L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | | |
|---|---|---|---|---|
| | | | Page | 2 |
| | | | Inv# | 359510 |
| | | | Date | 12/10/09 |
| | | | | 008656-0013 |

| | | | | |
|---|---|---|---|---|
| 11/04/09 | KDS | Review and finalize objection to Strong Pipkin Fee Application and electronically file same with the Bankruptcy Court. | 0.60 | 111.00 |
| 11/05/09 | JWW | Revise letter to R. Safi and emails regarding same; emails with Sussman regarding withdrawal. | 0.20 | 62.00 |
| 11/05/09 | JWW | Revise MEC discovery and office conference with J. Eppich regarding same. | 0.50 | 155.00 |
| 11/06/09 | DRJ | Prepare for and attend deposition. | 4.20 | 2,079.00 |
| 11/06/09 | JNE | Review and edit discovery responses and propounded discovery re MEC. | 0.80 | 232.00 |
| 11/06/09 | JWW | Revise MEC discovery responses and requests; office conference with J. Eppich regarding same. | 1.00 | 310.00 |
| 11/06/09 | JWW | Meet with M. Lovett regarding deposition and attend same. | 3.80 | 1,178.00 |
| 11/06/09 | JWW | Emails with R. Safi regarding withdrawal. | 0.20 | 62.00 |
| 11/09/09 | JWW | Phone conference with S. Tolson regarding Exterran claim and possible resolution. | 0.20 | 62.00 |
| 11/10/09 | DRJ | Review and edit scrap motion extension. | 0.60 | 297.00 |
| 11/10/09 | JWW | Phone conference with D. Clark and revise MEC discovery; office conference with D. Jones and M. Lovett regarding same; finalize and send discovery. | 0.80 | 248.00 |
| 11/10/09 | JWW | Draft motion to extend scrap sales. | 0.60 | 186.00 |
| 11/10/09 | JWW | Office conference with D. Jones regarding Exterran dispute; emails and phone conference with W. Rose regarding same. | 0.80 | 248.00 |
| 11/10/09 | KDS | Review file, answers to Complaint and draft amended 505 Complaint; telephone conversation with Court of Appeals regarding transcript request. | 2.20 | 407.00 |
| 11/11/09 | JWW | Several phone conferences and office conference with D. Jones regarding amending tax complaint; amend same and draft and revise motion to amend. | 1.80 | 558.00 |
| 11/12/09 | JWW | Phone conference with S. Tollson regarding Exterran settlement and emails regarding same. | 0.20 | 62.00 |
| 11/12/09 | JWW | Review HCAD notice, finalize amended complaint and prepare for filing same; phone conferences with SCC regarding same. | 1.00 | 310.00 |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | |
|---|---|---|
| Page | | 3 |
| Inv# | | 359510 |
| Date | | 12/10/09 |
| | | 008656-0013 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/12/09 | JWW | Prepare for and attend HCAD hearings. | 5.90 | 1,829.00 |
| 11/13/09 | JWW | Meet with D. Jones regarding preparation for motion to convert hearing; prepare witness and exhibit list regarding same; phone conference with D. Jones and J. Sparacino regarding same. | 1.10 | 341.00 |
| 11/13/09 | KDS | Review file and draft hearing agenda. | 0.50 | 92.50 |
| 11/13/09 | KDS | Telephone conversations and email to hearing agent regarding Property Tax Appeal. | 0.30 | 55.50 |
| 11/14/09 | JWW | Meet with D. Jones regarding preparation for hearing on motion to convert; review objection filed by R. Stroube. | 0.40 | 124.00 |
| 11/16/09 | DRJ | Prepare for and attend hearing on conversion. | 2.60 | 1,287.00 |
| 11/16/09 | JWW | Prepare for and attend hearing on motion to convert. | 3.00 | 930.00 |
| 11/16/09 | JWW | HCAD hearings. | 1.60 | 496.00 |
| 11/17/09 | JWW | Emails with S. Tollson regarding Exterran matter. | 0.20 | 62.00 |
| 11/17/09 | JWW | Prepare for HCAD hearings. | 0.40 | 124.00 |
| 11/18/09 | JWW | HCAD hearings. | 3.10 | 961.00 |
| Total Services | | | 54.00 | $17,126.00 |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| David R. Jones | Partner | 7.40 | 495.00 | 3,663.00 |
| Joshua N. Eppich | Associate | 5.40 | 290.00 | 1,566.00 |
| Joshua W. Wolfshohl | Associate | 34.20 | 310.00 | 10,602.00 |
| Kim D. Steverson | Paralegal | 7.00 | 185.00 | 1,295.00 |

## Disbursements Summary

| Description | Value |
|---|---|
| Postage | 22.09 |
| Printing | 0.40 |

# PORTER & HEDGES, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 4 |
| Inv# | 359510 |
| Date | 12/10/09 |
| | 008656-0013 |

| Description | Value |
|---|---|
| Reproduction | 81.60 |
| Parking | 41.50 |
| Computer Assisted Legal Research | 490.12 |
| Total Expenses | 635.71 |

**Total This Invoice** **$17,761.71**

**Balance Forward** **58,522.96**

**Amount Due for this Matter** **$76,284.67**