UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CALTEX HOLDINGS, L.P., | § | CASE NO. 09-31875-H2-7 |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION
OF CHAPTER 11 TRUSTEE'S COUNSEL FOR ALLOWANCE OF
COMPENSATION FROM JULY 9, 2009 THROUGH NOVEMBER 18, 2009**

The Court, after notice and hearing, has considered the First and Final Application for Allowance of Compensation from July 9, 2009 through November 18, 2010 filed by Porter & Hedges, L.L.P., counsel for H. Malcolm Lovett, Jr., chapter 11 trustee for CalTex Holdings, L.P., (the "Trustee").

The Court has determined that the Application meets the requirements as set forth under Section 330(a)(3)(A) of the Bankruptcy Code, BANKR. R. 2016 and BANKR. LOC. R. 2016. The Court has further considered the following factors set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977) in determining the amount of professional fees and expense reimbursements to be awarded:

- The time and labor required;
- The novelty and difficulty of the questions;
- The skill requisite to perform the services properly;
- The preclusion of other employment by the attorneys due to acceptance of the case;
- Customary fees;
- Whether the fee is fixed or contingent;
- Time limitations imposed by the client or other circumstances;
- The amount of time involved and the result obtained;
- The experience, reputation and ability of the attorneys;
- The "undesirability" of the case;
- The nature and length of the professional relationship with the client; and
- Awards in similar cases.

After consideration of these factors, the Court has concluded that the services detailed in the Application provided substantial benefit to the estate and its creditors.

Accordingly, it is **ORDERED THAT:**

1. The law firm of Porter & Hedges, L.L.P. is final compensation for services provided to the chapter 11 trustee in the amount of $77,284.67, consisting of professional fees of

$73,995.00, out-of-pocket expenses of $2,289.67 and $1,000.00 for costs associated with the Final Application for the period from July 9, 2009 through November 18, 2009.

    2.    The Chapter 7 Trustee is authorized to pay the awarded compensation from cash collateral in his possession.

Signed this _____ day of _____, 2010.

_____
**THE HONORABLE WESLEY W. STEEN,**
**UNITED STATES BANKRUPTCY JUDGE**